1012

[No. 47257-1-II.  Division Two.  September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SMILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00876-4, Marilyn K. Haan, J., entered February 2, 2015. *Remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 47408-5-II.  Division Two.  September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. RUZICKA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00224-8, Philip K. Sorensen, J., entered March 6, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.

[No. 47691-6-II.  Division Two.  September 27, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAQUAIL WALTER ROBERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00178-9, Philip K. Sorensen, J., entered June 5, 2015. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47813-7-II.  Division Two.  September 27, 2016.]

BRENNER MOTEL LLC, *Respondent*, v. BPO PROPERTIES LTD. ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09758-7, Gretchen Leanderson, J., entered June 24, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.